# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 146 EM 2014
:
               Respondent       :
:
:
:
:
          v.                :
:
:
:
KEITH WHITMORE,          :
:
               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, 13th day of November, 2014, the Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. While counsel did not demonstrate that the failure to file a timely Petition for Allowance of Appeal was the result of anything other than counsel's negligence, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. See Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days of this order.